THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATRICIA DONNELLAN,                :
                                   :
        Plaintiff,                 :   3:23-CV-01728
                                   :   (JUDGE MARIANI)
        v.                         :
                                   :
HENRY LINDNER, M.D.,               :
                                   :
        Defendant.                 :

## ORDER

AND NOW, ON THIS 8th DAY OF MAY 2024, upon consideration of the Rule 12(b)(6) Partial Motion to Dismiss and/or Motion to Strike Pursuant to Rule 12(f) (Doc. 7) filed by Defendant Henry Lindner, M.D., and all other relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 7) is **DENIED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge